## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRONTIER INVESTMENT BANC CORPORATION,<br><br>        Plaintiff/Counter-Defendant,<br><br>v.<br><br>PLANET GROUP, INC.,<br><br>        Defendant/Counter-Claimant. | Case No. 8:09-cv-00239<br><br><br>**ORDER GRANTING<br>DISMISSAL WITH PREJUDICE** |

Presently before the Court is the parties' Joint Stipulation for Dismissal With Prejudice (ECF 20). Being fully advised in the premises, the Court finds that the Stipulated Motion should be and hereby is GRANTED, each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

**Dated this 12th day of February, 2010.**

                              **BY THE COURT:**


                              **s/ Joseph F. Bataillon**
                              Chief District Judge